UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80967-CV-HURLEY/HOPKINS

SHEMAE S. JOHNSON,

    Plaintiff,

v.

ARS NATIONAL SERVICES, INC.,

    Defendant.
_____/

## FINAL JUDGMENT ON ATTORNEY'S FEES AND COSTS

**THIS CAUSE** comes before the Court following the Court's Order Adopted Report and Recommendation and Granting in Part Plaintiff's Motion for Fees and Costs.

It is hereby **ORDERED** and **ADJUDGED** that **JUDGMENT** is entered in favor of Plaintiff, Shemae S. Johnson, and against Defendant, ARS National Services, Inc., in the total amount of **one thousand eight hundred sixty-three dollars and fifty cents ($1,863.50)**, which includes attorney's fees in the amount of $1,473.50 and costs in the amount of $390.00.

**DONE** and **SIGNED** in Chambers in West Palm Beach, Florida, this 3rd day of July, 2012.

                                              Daniel T. K. Hurley
                                              United States District Judge

*Copies provided to counsel of record*